**FILED - GR**
May 4, 2021 11:29 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: tb  SCANNED BY: TB 5/4/21

Judge: DENENFELD, HONORABLE PAUL J

Case No. 21-02084-CD
Ticket No.
CTN:

THE STATE OF MICHIGAN
-vs-
BRADFORD WHITE CORPORATION  DFNDT

By:
By: SKAGGS, ELIZABETH W.
PO BOX 352
GRAND RAPIDS, MI
49501-0352

Dob:  Sex:
Lic:  Sid:
KROMAH, ANSU  DFNDT  By:

Dob:  Sex:
Lic:  Sid:

Plate#:
Make:
Year:  Accident:
Type:
Venue:
Location:

Bond:  Set:
COOK, CASSANDRA  PLNTF  Type:  Posted:

Charges:

Ct.
   Offense Dt:  Cvr:
   Arrest Dt:
   Comments:

Ct.
   Offense Dt:  Cvr:
   Arrest Dt:
   Comments:

Sentencing:

| No. | Filed | Action | Operator | Fine/Cost | Due |
|---|---|---|---|---|---|
| 1 | 04/27/21 | NOTICE OF REMOVAL TO THE US DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION, POS ELIZABETH W. SKAGGS (Attorney) on behalf of BRADFORD WHITE CORPORATION (DEFENDANT) | CLYOLAND | 0.00 | 0.00 |
| 2 | 03/09/21 | JURY DEMAND DAVID A. NACHT (Attorney) on behalf of CASSANDRA COOK (PLAINTIFF) | JCGAMBEE | 0.00 | 0.00 |
| 3 | 03/09/21 | SUMMONS ISSUED BRADFORD WHITE CORPORATION (DEFENDANT); ANSU KROMAH (DEFENDANT); | DJMYERS | 0.00 | 0.00 |
| 4 | 03/09/21 | JURY DEMAND Receipt: 1193274 Date: 03/09/2021 | FXTODD | 85.00 | 0.00 |
| 5 | 03/09/21 | ELECTRONIC FILING FEE Receipt: 1193274 Date: 03/09/2021 | FXTODD | 25.00 | 0.00 |
| 6 | 03/09/21 | FILING FEES FOR NEW CASE Receipt: 1193274 Date: 03/09/2021 | FXTODD | 150.00 | 0.00 |
| 7 | 03/08/21 | COMPLAINT AND JURY DEMAND (10 PGS) | FXTODD | 0.00 | 0.00 |
| | | | Total: | 260.00 | 0.00 |

| | | |
|---|---|---|
| Totals By: COST | 235.00 | 0.00 |
| ELECTRONIC FILING FEE | 25.00 | 0.00 |
| INFORMATION | 0.00 | 0.00 |

*** End of Report ***

**KENT COUNTY CLERK'S OFFICE**
CIRCUIT COURT DIVISION
180 OTTAWA AVE NW, SUITE 2400
GRAND RAPIDS, MICHIGAN 49503-2751

neopost
05/03/2021
US POSTAGE $001.60

FIRST-CLASS MAIL



ZIP 49503
041L12206052

USDC of Western MI
110 Michigan St. NW
Grand Rapids, MI 49503