# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CASSANDRA COOK,

    Plaintiff,

v.

BRADFORD WHITE COMPANY,
a foreign profit corporation, and ANSU KROMAH,

    Defendants.

CASE NO:  1:21-cv-349

HONORABLE PAUL L. MALONEY

---

| | |
|---|---|
| David A Nacht (P47034)<br>Fabiola A. Galguera (P84212)<br>NACHTLAW, P.C.<br>Attorneys for Plaintiff<br>101 N. Main Street, Suite 55<br>Ann Arbor, Michigan 48104<br>(734) 663-7550<br>dnacht@nachtlaw.com<br>fgalguera@nachtlaw.com | Elizabeth Wells Skaggs (P62133)<br>Justin Allen (P84698)<br>VARNUM LLP<br>Attorneys for Defendant Bradford White Corp.<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, Michigan  49501-0352<br>(616) 336-6620<br>ewskaggs@varnumlaw.com<br>jaallen@varnumlaw.com |

## STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate to dismiss this action in its entirety, with prejudice and without costs or fees to either party.  The Court shall retain jurisdiction for the purpose of enforcing any agreement that may exist between the parties.

Dated: June 15, 2021

    */s/ David A. Nacht*
    David A Nacht (P47034)
    Fabiola A. Galguera (P84212)
    NACHTLAW, P.C.
    Attorneys for Plaintiff
    101 N. Main Street, Suite 55
    Ann Arbor, Michigan 48104
    (734) 663-7550
    dnacht@nachtlaw.com
    fgalguera@nachtlaw.com

2

| | |
|---|---|
| Dated: June 15, 2021 | /s/ *Elizabeth Wells Skaggs* |
| | Elizabeth Wells Skaggs (P62133) |
| | Justin Allen (P84698) |
| | V<small>ARNUM</small> LLP |
| | Attorneys for Defendant Bradford White |
| | Bridgewater Place, P.O. Box 352 |
| | Grand Rapids, Michigan  49501-0352 |
| | (616) 336-6620 |
| | ewskaggs@varnumlaw.com |
| | jaallen@varnumlaw.com |

**IT IS SO ORDERED.  THIS MATTER IS DISMISSED WITH PREJUDICE AND WITHOUT COSTS OR FEES.**

Date:  _____        _____
                                                                Honorable Paul L. Maloney

18121717.1