UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSANDRA COOK,

    Plaintiff,

v.

BRADFORD WHITE COMPANY,
a foreign profit corporation, and ANSU KROMAH,

    Defendants.

Case No.  21-cv-349

Hon. Paul L. Maloney

---

| | |
|---|---|
| David A Nacht (P47034) | Elizabeth Wells Skaggs (P62133) |
| Fabiola A. Galguera (P84212) | Justin Allen (P84698) |
| NACHTLAW, P.C. | VARNUM LLP |
| Attorneys for Plaintiff | Attorneys for Defendant Bradford White Corp. |
| 101 N. Main Street, Suite 55 | Bridgewater Place |
| Ann Arbor, Michigan 48104 | P.O. Box 352 |
| (734) 663-7550 | Grand Rapids, Michigan  49501-0352 |
| dnacht@nachtlaw.com | (616) 336-6620 |
| fgalguera@nachtlaw.com | ewskaggs@varnumlaw.com |
| | jaallen@varnumlaw.com |

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT ANSU KROMAH

    PLEASE TAKE NOTICE that Plaintiff Cassandra Cook, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action *with prejudice* against Defendant Ansu Kromah.

    Defendant Ansu Kromah, has not answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice.

                      Respectfully submitted,
                        NACHTLAW, P.C.

                        /s/ Fabiola A. Galguera
                        David A Nacht (P47034)

2

                                                                                         Fabiola A. Galguera (P84212)
*Attorneys for Plaintiff*
dnacht@nachtlaw.com
fgalguera@nachtlaw.com

Dated: June 15, 2021