# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CASSANDRA COOK,

        Plaintiff,

v.

BRADFORD WHITE COMPANY,
a foreign profit corporation, and ANSU
KROMAH,

        Defendants.

CASE NO:  1:21-cv-349

HONORABLE PAUL L. MALONEY

---

| | |
|---|---|
| David A Nacht (P47034)<br>Fabiola A. Galguera (P84212)<br>NACHTLAW, P.C.<br>Attorneys for Plaintiff<br>101 N. Main Street, Suite 55<br>Ann Arbor, Michigan 48104<br>(734) 663-7550<br>dnacht@nachtlaw.com<br>fgalguera@nachtlaw.com | Elizabeth Wells Skaggs (P62133)<br>Justin Allen (P84698)<br>VARNUM LLP<br>Attorneys for Defendant Bradford White Corp.<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, Michigan  49501-0352<br>(616) 336-6620<br>ewskaggs@varnumlaw.com<br>jaallen@varnumlaw.com |

## STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate to dismiss this action in its entirety, with prejudice and without costs or fees to either party.  The Court shall retain jurisdiction for the purpose of enforcing any agreement that may exist between the parties.

Dated: June 15, 2021

        /s/ David A. Nacht
        David A Nacht (P47034)
        Fabiola A. Galguera (P84212)
        NACHTLAW, P.C.
        Attorneys for Plaintiff
        101 N. Main Street, Suite 55
        Ann Arbor, Michigan 48104
        (734) 663-7550
        dnacht@nachtlaw.com
        fgalguera@nachtlaw.com

Dated: June 15, 2021

/s/ *Elizabeth Wells Skaggs*
Elizabeth Wells Skaggs (P62133)
Justin Allen (P84698)
Varnum LLP
Attorneys for Defendant Bradford White
Bridgewater Place, P.O. Box 352
Grand Rapids, Michigan  49501-0352
(616) 336-6620
ewskaggs@varnumlaw.com
jaallen@varnumlaw.com

**IT IS SO ORDERED.  THIS MATTER IS DISMISSED WITH PREJUDICE AND WITHOUT COSTS OR FEES.**

Date: June 16, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

18121717.1

2